IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| WARREN and WENDY BECK, individually and as the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 4:25-cv-5018-MKD<br><br>**AMERICAN FAMILY INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT** |

Defendant American Family Insurance Company (AFICS) submits the following Answer and Affirmative Defenses to Plaintiffs' Complaint.

**I.    PARTIES**

1.1    In Answer to Paragraph 1.1 of Plaintiffs' Complaint, AFICS is without the information sufficient to form a belief as to the truth or falsity of the matters

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 1
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

alleged and therefore denies the same.

1.2     In Answer to Paragraph 1.2 of Plaintiffs' Complaint, AFICS admits that it is a foreign insurer organized under the laws of the State of Wisconsin with a principal place of business in the State of Wisconsin.

1.3     In Answer to Paragraph 1.3 of Plaintiffs' Complaint, AFICS admits that it issues policies in the State of Washington. To the extent that Paragraph 1.3 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

1.4     In Answer to Paragraph 1.4 of Plaintiffs' Complaint, AFICS admits.

1.5     In Answer to Paragraph 1.5 of Plaintiffs' Complaint, Paragraph 1.5 appears to consist of a legal conclusion for which no response is required.  To the extent that response is required, AFICS admits.

1.6     In Answer to Paragraph 1.6 of Plaintiffs' Complaint, Paragraph 1.6 contains a legal conclusion to which no response is required. To the extent that Paragraph 1.6 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

1.7     In Answer to Paragraph 1.7 of Plaintiffs' Complaint, AFICS is without the information sufficient to form a belief as to the truth or falsity of the matters alleged and therefore denies the same.

1.8     In Answer to Paragraph 1.8 of Plaintiffs' Complaint, AFICS denies.

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 2
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1.9     In Answer to Paragraph 1.9 of Plaintiff's Complaint, AFICS admits this Court has jurisdiction over the subject matter and is the proper venue for this action. To the extent that Paragraph 1.9 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

## II.    FACTS

2.1     In Answer to Paragraph 2.1 of Plaintiffs' Complaint, AFICS restates and incorporates by refence its Answers to all preceding Paragraphs above as though fully set forth herein.

2.2     In Answer to Paragraph 2.2 of Plaintiffs' Complaint, AFICS admits it issued policy number 41092-28162-65 (the "Policy") to Plaintiffs. The Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.2 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.3     In Answer to Paragraph 2.3 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.3 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.4     In Answer to Paragraph 2.4 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.4 of Plaintiffs'

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 3
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Complaint contains any further factual allegations, AFICS denies the same.

2.2[1]   In Answer to Paragraph 2.2 of Plaintiffs' Complaint, AFICS denies. By way of further Answer to Paragraph 2.2, AFICS admits a claim was reported to AFICS by Plaintiffs on March 13, 2024.

2.3   In Answer to Paragraph 2.3 of Plaintiffs' Complaint, AFICS admits Plaintiffs' provided notice of their claim to AFICS on March 13, 2024. To the extent that Paragraph 2.3 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.4   In Answer to Paragraph 2.4 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.4 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.5   In Answer to Paragraph 2.5 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.5 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.6   In Answer to Paragraph 2.6 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and

---

[1] Inconsistent numbering is reflective of numbering used in Plaintiffs' Complaint

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 4
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

conditions and not otherwise. To the extent that Paragraph 2.6 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.7 In Answer to Paragraph 2.7 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.7 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.8 In Answer to Paragraph 2.8 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.8 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.9 In Answer to Paragraph 2.9 of Plaintiffs' Complaint, AFICS is without information sufficient to form a belief as to the truth or falsity of the matters alleged and therefore denies the same.

2.10 In Answer to Paragraph 2.10 of Plaintiffs' Complaint, AFICS admits the April 18, 2024, correspondence speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.10 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.11 In Answer to Paragraph 2.11 of Plaintiffs' Complaint, AFICS admits the April 19, 2024, correspondence speaks for itself and not otherwise. To the

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 5
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

extent that Paragraph 2.11 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.12  In Answer to Paragraph 2.12 of Plaintiffs' Complaint, AFICS admits the May 8, 2024, correspondence speaks for itself and not otherwise. To the extent that Paragraph 2.12 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.13  In Answer to Paragraph 2.13 of Plaintiffs' Complaint, AFICS is without information sufficient to form a belief as to the truth or falsity of the matters alleged and therefore denies the same.

2.14  In Answer to Paragraph 2.14 of Plaintiffs' complaint, AFICS admits any communication from Plaintiffs' representative speaks for itself and not otherwise. To the extent that Paragraph 2.14 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.15  In Answer to Paragraph 2.15 of Plaintiffs' Complaint, AFICS admits the July 30, 2024, Sworn Statement in Proof of Loss speaks for itself and not otherwise. To the extent that Paragraph 2.15 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.16  In Answer to Paragraph 2.16 of Plaintiffs' Complaint, AFICS denies.

2.17  In Answer to Paragraph 2.17 of Plaintiffs' Complaint, AFICS is without information sufficient to form a belief as to the truth or falsity of the matters

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 6
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

alleged and therefore denies the same.

2.18   In Answer to Paragraph 2.18 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.18 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.19   In Answer to Paragraph 2.19 of Plaintiffs' Complain, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.19 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.20   In Answer to Paragraph 2.20 of Plaintiffs' Complain, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.20 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.21   In Answer to Paragraph 2.21 of Plaintiff's Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.21 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.22   In Answer to Paragraph 2.22 of Plaintiffs' Complaint, Paragraph 2.22 contains a legal conclusion to which no response is required. To the extent that Paragraph 2.22 of Plaintiffs' Complaint contains any further factual allegations.

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 7
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

AFICS denies the same.

2.23    In Answer to Paragraph 2.23 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 2.23 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.24    In Answer to Paragraph 2.24 of Plaintiffs' Complaint, Paragraph 2.24 contains a legal conclusion to which no response is required. To the extent that Paragraph 2.24 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.25    In Answer to Paragraph 2.25 of Plaintiffs' Complaint, Paragraph 2.25 contains a legal conclusion to which no response is required. To the extent that Paragraph 2.25 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.26    In Answer to Paragraph 2.26 of Plaintiff's Complaint, AFICS admits the Washington Administrative Code Regulations speak for itself and not otherwise. To the extent that Paragraph 2.26 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies.

2.27    In Answer to Paragraph 2.27 of Plaintiffs' Complaint, AFICS admits the Washington Administrative Code Regulations speak for itself and not otherwise. To the extent that Paragraph 2.27 of Plaintiffs' Complaint contains any

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 8
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

further factual allegations, AFICS denies.

2.28 In Answer to Paragraph 2.28 of Plaintiffs' Complaint, AFICS is without sufficient information to either confirm or deny and therefore denies the same. AFICS further admits RCW 48.17.010(1)(b) speaks for itself and not otherwise. To the extent that Paragraph 2.28 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.29 In Answer to Paragraph 2.29 of Plaintiffs' Complaint, Paragraph 2.29 contains a legal conclusion to which no response is required. To the extent that Paragraph 2.29 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.30 In Answer to Paragraph 2.30 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and not otherwise. To the extent that Paragraph 2.30 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

2.31 In Answer to Paragraph 2.31 of Plaintiffs' Complaint, AFICS denies.

2.32 In Response to Paragraph 2.32 of Plaintiffs' Complaint, AFICS denies.

2.33 In Answer to Paragraph 2.33 of Plaintiffs' Complaint, AFICS denies.

2.34 In Answer to Paragraph 2.34 of Plaintiffs' Complaint, AFICS denies.

2.35 In Answer to Paragraph 2.35 of Plaintiffs' Complaint, AFICS denies.

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 9
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## III.   CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**(Insurance Fair Conduct Act – RCW 48.30 *et seq.*, RCW 19.86 et. sew. – American Family)**

3.1   In Answer to Paragraph 3.1 of Plaintiffs' Complaint, AFICS restates and incorporates by refence its Answers to all preceding Paragraphs above as though fully set forth herein.

3.2   In Answer to Paragraph 3.2 of Plaintiffs' Complaint, Paragraph 3.2 contains an incorrect legal conclusion to which no response is required. To the extent that Paragraph 3.2 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

3.3   In Answer to Paragraph 3.3 of Plaintiffs' Complaint, AFICS denies.

3.4   In Answer to Paragraph 3.4 of Plaintiffs' Complaint, AFICS denies.

3.5   In Answer to Paragraph 3.5 of Plaintiffs' Complaint, AFICS denies.

3.6   In Answer to Paragraph 3.6 of Plaintiffs' Complaint, AFICS denies.

3.7   In Answer to Paragraph 3.7 of Plaintiffs' Complaint, AFICS denies.

3.8   In Answer to Paragraph 3.8 of Plaintiffs' Complaint, AFICS denies.

3.9   In Answer to Paragraph 3.9 of Plaintiffs' Complaint, AFICS denies.

3.10   In Answer to Paragraph 3.10 of Plaintiffs' Complaint, AFICS denies.

3.11   In Answer to Paragraph 3.11 of Plaintiffs' Complaint, AFICS denies.

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 10
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**SECOND CAUSE OF ACTION**
**(Bad Faith Violations – All Defendants)**

3.12    In Answer to Paragraph 3.12 of Plaintiffs' Complaint, AFICS restates and incorporates by refence its Answers to all preceding Paragraphs above as though fully set forth herein.

3.13    In Answer to Paragraph 3.13 of Plaintiff's Complaint, AFICS admits the Policy speaks for itself and not otherwise. To the extent that Paragraph 3.13 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

3.14    In Answer to Paragraph 3.14 of Plaintiff's Complaint, Paragraph 3.14 contains a legal conclusion to which no response is required. To the extent that Paragraph 3.14 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

3.15    In Answer to Paragraph 3.15 of Plaintiff's Complaint, AFICS denies.

3.16    In Answer to Paragraph 3.16 of Plaintiff's Complaint, AFICS denies.

3.17    In Answer to Paragraph 3.17 of Plaintiff's Complaint, AFICS denies.

3.18    In Answer to Paragraph 3.18 of Plaintiff's Complaint, AFICS denies.

3.19    In Answer to Paragraph 3.19 of Plaintiff's Complaint, AFICS denies.

**THIRD CAUSE OF ACTION**
**(Breach of Contract)**

3.20    In Answer to Paragraph 3.20 of Plaintiffs' Complaint, AFICS restates

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 11
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

and incorporates by refence its Answers to all preceding Paragraphs above as though fully set forth herein.

 3.21 In Answer to Paragraph 3.21 of Plaintiff's Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 3.21 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

 3.22 In Answer to Paragraph 3.22 of Plaintiff's Complaint, Paragraph 3.22 contains a legal conclusion to which no response to required. To the extent that Paragraph 3.22 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

 3.23 In Answer to Paragraph 3.23 of Plaintiff's Complaint, Paragraph 3.23 contains a legal conclusion to which no response to required. To the extent that Paragraph 3.23 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

 3.24 In Answer to Paragraph 3.24 of Plaintiff's Complaint, Paragraph 3.24 contains a legal conclusion to which no response to required. To the extent that Paragraph 3.24 contains any further factual allegations, AFICS denies the same.

 3.25 In Answer to Paragraph 3.25 of Plaintiff's Complaint, AFICS denies.

 3.26 In Answer to Paragraph 3.26 of Plaintiff's Complaint, AFICS denies.

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 12
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# FOURTH CAUSE OF ACTION
## (Consumer Protection Act)

3.31[2]   In Answer to Paragraph 3.31 of Plaintiffs' Complaint, AFICS restates and incorporates by refence its Answers to all preceding Paragraphs above as though fully set forth herein.

3.32   In Answer to Paragraph 3.32 of Plaintiffs' Complaint, Paragraph 3.32 contains a legal conclusion to which no response is required. To the extent that Paragraph 3.32 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

3.33   In Answer to Paragraph 3.33 of Plaintiffs' Complaint, AFICS denies.

3.34   In Answer to Paragraph 3.34 of Plaintiffs' Complaint, AFICS denies.

3.35   In Answer to Paragraph 3.35 of Plaintiffs' Complaint, AFICS admits it is engaged in the business of insurance. In further response to Paragraph 3.35 of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent that Paragraph 3.35 of Plaintiffs' Complaint contains any further factual allegations, AFICS denies the same.

3.36   In Answer to Paragraph 3.36 of Plaintiffs' Complaint, AFICS denies.

3.37   In Answer to Paragraph 3.37 of Plaintiffs' Complaint, AFICS denies.

---

[2] Inconsistent numbering is reflective of numbering used in Plaintiffs' Complaint

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 13
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## FIFTH CAUSE OF ACTION
### (Declaratory Judgment/RCW 7.24)

3.38   In Answer to Paragraph 3.38 of Plaintiffs' Complaint, AFICS restates and incorporates by refence its Answers to all preceding Paragraphs above as though fully set forth herein.

3.39   In Answer to Paragraph 3.39 of Plaintiff's Complaint, AFICS denies.

3.40   In Answer to Paragraph 3.40 of Plaintiff's Complaint, AFICS denies.

3.41   In Answer to Paragraph 3.41 of Plaintiff's Complaint, AFICS denies.

3.42   In Answer to Paragraph 3.42 of Plaintiffs' Complaint, AFICS denies.

## SIXTH CAUSE OF ACTION
### (Negligent Claims Handling)

3.43   In Answer to Paragraph 3.43 of Plaintiffs' Complaint, AFICS restates and incorporates by refence its Answers to all preceding Paragraphs above as though fully set forth herein.

3.44   In Answer to Paragraph 3.44 of Plaintiffs' Complaint, AFICS denies.

3.45   In Answer to Paragraph 3.45 of Plaintiffs' Complaint, AFICS denies.

3.46   In Answer to Paragraph 3.46 of Plaintiffs' Complaint, AFICS denies.

3.47   In Answer to Paragraph 3.47 of Plaintiffs' Complaint, AFICS denies.

3.48   In Answer to Paragraph 3.48 of Plaintiffs' Complaint, AFICS denies.

3.49   In Answer to Paragraph 3.49 of Plaintiffs' Complaint, AFICS denies.

3.50   In Answer to Paragraph 3.50 of Plaintiff's Complaint, AFICS denies.

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 14
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

3.51 In Answer to Paragraph 3.51 of Plaintiff's Complaint, AFICS denies.

## IV. DAMAGES

4.1 In Answer to Paragraph 4.1 of Plaintiffs' Complaint, AFICS denies.

4.2 In Answer to Paragraph 4.2 of Plaintiffs' Complaint, AFICS denies.

4.3 In Answer to Paragraph 4.3 of Plaintiffs' Complaint, AFICS admits the Policy speaks for itself and provides coverage pursuant to its terms and conditions and not otherwise. To the extent that Paragraph 4.3 contains any further factual allegations, AFICS denies the same.

4.4 In Answer to Paragraph 4.4 of Plaintiffs' Complaint, AFICS denies.

4.5 In Answer to Paragraph 4.5 of Plaintiffs' Complaint, AFICS denies.

In way of further Answer to Plaintiffs' Complaint, AFICS denies Plaintiffs are entitled to the relief sought in Paragraphs 1-5.

## V. AFFIRMATIVE DEFENSES

By way of further Answer to Plaintiffs' Complaint, AFICS asserts the following affirmative defenses:

5.1 AFICS has fully complied with its obligations under the AFICS Policy of insurance and has at all times acted reasonably in handling all claims for benefits under the Policy. As a result, Plaintiffs' claims are without merit.

5.2 The AFICS Policy provides coverage pursuant to its terms and conditions and not otherwise. Plaintiffs' claims are barred, in whole or in party, by

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 15
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

the terms, conditions, coverages, and exclusions of the AFICS Policy.

5.3    Plaintiffs' claims are barred, in whole or in part, by their failure to cooperate with the terms and conditions of the AFICS Policy, which materially prejudiced AFICS in the investigation of Plaintiffs' claims.

5.4    To the extent that Plaintiffs have suffered damages, Plaintiffs have failed to mitigate those damages.

5.5    AFICS has not breached any contract with Plaintiffs.

5.6    Plaintiffs have failed to establish the necessary elements of claims upon which Plaintiffs bear the burden of proof.

5.7    To the extent that Plaintiffs have suffered damages, any such damages may have been based, in whole or in part, by the acts or omissions of third parties over whom AFICS has no control.

5.8    Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

5.9    To the extent that Plaintiffs have suffered damages, any such damages may have been based, in whole or in part, by the acts of omissions of Plaintiffs.

5.10   In the event that Plaintiffs are awarded any damages against AFICS, then AFICS is entitled to an offset and/or set off as to the recovery of Plaintiffs damages against any third party and/or for any payments previously made by AFICS.

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 16
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

5.11   Plaintiffs lack standing to bring the claims alleged in Plaintiffs' Complaint.

5.12   Plaintiffs' claims are barred in whole or in part due to Plaintiffs' no longer being the intended recipient of the claims asserted under the AFICS Policy.

5.13   Plaintiffs' claims are barred due to assignment of their rights under the Policy.

5.14   Plaintiffs have waived their ability to bring the claims asserted.

5.15   Plaintiffs are not the real parties in interest and are therefore misjoined.

5.16   AFICS reserves the right to amend this Answer and to include any additional claims or defenses as may become known or apparent during the course of this litigation.

## VI.   PRAYER FOR RELIEF

Having fully answered Plaintiffs' Complaint and asserted its Affirmative Defenses, AFICS prays for the following relief:

1.   Dismissal of Plaintiffs' claims with prejudice and without recovery;

2.   For all attorney fees and all costs as authorized by law;

3.   For such other relief that the Court deems just and equitable.

DATED this 27th day of February, 2025.

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 17
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1
2                                      LETHER LAW GROUP
3                                      */s/ Thomas Lether*
                                       Thomas Lether, WSBA #18089
4                                      */s/ Michael R. Morgan*
                                       Michael R. Morgan, WSBA #60419
5                                      1848 Westlake Ave N., Suite 100
                                       Seattle, WA  98109
6                                      P: 206-467-5444 / F: 206-467-5544
7                                      tlether@letherlaw.com
                                       mmorgan@letherlaw.com
8                                      *Counsel for American Family*
                                       *Insurance Company*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

AFICS' ANSWER TO PLAINTIFFS'                         LETHER LAW GROUP
COMPLAINT - 18                                 1848 WESTLAKE AVENUE N, SUITE 100
NO. 4:25-cv-5018-MKD                                  SEATTLE, WA 98109
                                              P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Ryan Best
Carigan Pereiro
Madison Florey
Best Law, PLLC
905 W. Riverside, Suite 409
Spokane, WA 99201
(509) 624-4422
*Counsel for Plaintiffs Warren and Wendy Beck*

**By:**    [ ] **First Class Mail**    [X] **Email/ECF**    [ ] **Legal Messenger**

DATED this 27th day of February, 2025 at Seattle, Washington.

*s/ Devon Sheehan*
Devon Sheehan | Paralegal

AFICS' ANSWER TO PLAINTIFFS' COMPLAINT - 19
NO. 4:25-cv-5018-MKD

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544